

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:         01-15-00116-CR

Style:                 William Cormac Quinn

                      **v** The State of Texas

Date motion filed[*]:   June 23, 2015

Type of motion:      Motion to supplement the record

Party filing motion:   Appellant

Document to be filed:   State's Exhibit 1 and "Defense Proferred [sic] Exhibit"

If motion to extend time:

      Original due date:

      Number of extensions granted:            Current Due date:

      Date Requested:

Ordered that motion is:

☐      Granted

         If document is to be filed, document due:

         ☐    No further extensions of time will be granted

☐      Denied

☒      Dismissed (*e.g.*, want of jurisdiction, moot)

☐      Other: _____

**Appellant moves the Court to order the Harris County District Clerk to transport two exhibits to this Court for inclusion in the appellate record. The exhibits were filed with the Clerk of this Court on June 30, 2015. Accordingly, we dismiss the motion as moot.**

Judge's signature: /s/ Chief Justice Sherry Radack
                ☒ Acting individually      ☐ Acting for the Court
Panel consists of _____

Date: July 14, 2015

November 7, 2008 Revision